IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HOUSEHOLD FINANCE CORP. III, | * | |
| Plaintiff | * | |
| | | Civil No.: AMD 00-845 |
| vs. | * | |
| EDWARD A. DEWATERS III, | * | |
| Defendant | | |

******

### ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant within, it is, this 19th day of June, 2000,

ORDERED that plaintiff show good cause within 30 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Andre M. Davis
United States District Judge

U.S. District Court (Rev. 9/98) - Rule 4(m) - Show Cause Order