FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

2000 JUL 20 P 4 33

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 2 0 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

HOUSEHOLD FINANCE CORPORATION III

      Plaintiff

vs.

EDWARD A. DEWATERS, III

      Defendant

\*
\*
\*
\*
\*
\*
\*
\*

Case No. AMD-00-845

## NOTICE OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(i), F.R.C.P., the Plaintiff, Household Finance Corporation III, hereby dismisses the within proceeding, the Defendant not having filed an Answer in the within proceeding and the parties having resolved their dispute by a Subordination Agreement.

Respectfully submitted,

G. ANN CANADA, JR.
Miles & Stockbridge P.C.
22 West Jefferson Street
Rockville, Maryland 20850
Telephone: (301) 762-1600

APPROVED AND SO ORDERED
THIS 20 DAY OF July, 2000

By: _____
ANDRE M. DAVIS, United States
District Judge

2 1 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19th__ day of July, 2000, a copy of the foregoing was mailed via first class mail, postage prepaid, to:

> Thomas P. Dore, Esquire
> Covahey & Boozer, PA
> 614 Bosley Avenue
> Towson, Maryland 21204

G. VANN CANADA, JR.

ROCK01 7030247v1|5242-000179|07\17\00

2